IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NICKHOLAS KNIGHT, #274518,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO.  2:12cv135-TMH
    )    (WO)
KIM THOMAS, *et al.*,    )
    )
    Defendants.    )

**O R D E R**

On March 20, 2012, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 5).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case

be and is hereby TRANSFERRED to the United States District Court for the Southern District

of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 13th  day of April, 2012.

/s/ Truman M. Hobbs

_____

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE